IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ERICA WILKINS, On Behalf of Herself and All Others Similarly Situated, | § § § | |
| Plaintiff, | § § | |
| V. | § § | CIVIL ACTION NO. 3:18-cv-1511-S |
| DALLAS COWBOYS FOOTBALL CLUB, LTD., | § § § | COLLECTIVE ACTION |
| | § § | JURY TRIAL DEMANDED |
| Defendant. | § | |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**

Plaintiff, Erica Wilkins ("Plaintiff"), files this Certificate of Interested Parties reflecting all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that Plaintiff believes are financially interested in the outcome of this litigation as indicated by the current state of the pleadings.

Plaintiff discloses the following information regarding known interested parties:

1. Erica Wilkins, Plaintiff.

2. Defendant, Dallas Cowboys Football Club, Ltd. ("Defendant").

3. Putative collective action members. Plaintiff brings this case as a collective action pursuant to the federal Fair Labor Standards Act ("FLSA") for violations of the FLSA's overtime wage provisions, minimum wage provisions, and Equal Pay Act provisions. There are numerous current or former cheerleader employees of Defendant who are similarly situated to Plaintiff who may opt into this collective action.

4. Allen R. Vaught and Rebecca Currier - Counsel for Plaintiff and Opt-in Plaintiffs.
   Baron & Budd, P.C.
   3102 Oak Lawn Ave, Suite 1100
   Dallas, Texas 75219
   (214) 521-3605 - Telephone
   (214) 520-1181 - Facsimile
   avaught@baronbudd.com
   rcurrier@baronbudd.com

Date: June 12, 2018.

                                                Respectfully submitted,

By:    <u>s/ Allen Vaught</u>
          Allen R. Vaught
          TX Bar No. 24004966
          avaught@baronbudd.com
          Rebecca Currier
          TX Bar No. 24074098
          rcurrier@baronbudd.com
          Baron & Budd, P.C.
          3102 Oak Lawn Avenue, Suite 1100
          Dallas, Texas  75219
          (214) 521-3605 – Telephone
          (214) 520-1181 – Facsimile

ATTORNEYS FOR PLAINTIFF