IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ERICA WILKINS, On Behalf of Herself and All Others Similarly Situated, | § § § | |
| Plaintiff, | § § | |
| V. | § § | CIVIL ACTION NO. 3:18-cv-1511-S |
| DALLAS COWBOYS FOOTBALL CLUB, LTD., | § § § § | |
| Defendant. | § | |

**PLAINTIFF'S STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, Erica Wilkins ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby stipulates that the above-captioned action be dismissed without prejudice.

As of the filing of this document, Defendant Dallas Cowboys Football Club, LTD. has not served an answer or filed a motion for summary judgment in this action. As such, Plaintiff's unilateral stipulation of dismissal without prejudice is appropriate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and no Order from the Court dismissing the above-captioned action is necessary in order to effectuate dismissal of this action.

DATE: July 11, 2018.

Respectfully submitted,

By:   s/ Allen R. Vaught
      Allen R. Vaught
      Attorney-In-Charge
      TX Bar No. 24004966
      avaught@baronbudd.com
      Rebecca Currier
      TX Bar No. 24074098
      rcurrier@baronbudd.com

        Baron & Budd, P.C.
        3102 Oak Lawn Avenue, Suite 1100
        Dallas, Texas  75219
        (214) 521-3605 – Telephone
        (214) 520-1181 – Facsimile

ATTORNEYS FOR PLAINTIFF